**UNPUBLISHED**

FILED: October 15, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2486
(8:17-cv-01596-PJM)
_____

In re: DONALD J. TRUMP, President of the United States of America, in his
official capacity and in his individual capacity

      Petitioner

------------------------------

PROFESSOR CLARK D. CUNNINGHAM; PROFESSOR JESSE EGBERT

      Amici Curiae

SCHOLAR SETH BARRETT TILLMAN; JUDICIAL EDUCATION PROJECT

      Amici Supporting Petitioner

FORMER NATIONAL SECURITY OFFICIALS; COMMONWEALTH OF
VIRGINIA; THE NISKANEN CENTER; REPUBLICAN WOMEN FOR
PROGRESS; CHERI JACOBUS; TOM COLEMAN; EMIL H. FRANKEL;
JOEL SEARBY; ADMINISTRATIVE LAW, CONSTITUTIONAL LAW, AND
FEDERAL COURTS SCHOLARS; CERTAIN LEGAL HISTORIANS

      Amici Supporting Respondents

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties and any amici curiae shall file 15 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

This case is scheduled for oral argument on Thursday, December 12, 2019, in Richmond, Virginia.

For the Court

/s/ Patricia S. Connor, Clerk